[No. 36626-6-II. Division Two. January 13, 2009.]

THOMAS TROTZER, *Appellant*, v. GARY VIG ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Mason County, No. 04-2-00074-6, James B. Sawyer II, J., entered June 18, 2007. *Affirmed in part* and *reversed in part* by unpublished opinion per Hunt, J., concurred in by Van Deren, C.J., and Quinn-Brintnall, J. Now published at 148 Wn. App. 594.

[No. 36803-0-II. Division Two. January 13, 2009.]

THE STATE OF WASHINGTON, *Respondent*, v. JESSIE L. HOVIG, *Appellant*.

Appeal from a judgment of the Superior Court for Grays Harbor County, No. 07-1-00248-3, Gordon Godfrey, J., entered September 24, 2007. *Affirmed* by unpublished opinion per Hunt, J., concurred in by Houghton and Armstrong, JJ. Now published at 148 Wn. App. 1.

[No. 36812-9-II. Division Two. January 13, 2009.]

THE STATE OF WASHINGTON, *Respondent*, v. ERIC ROBERT ANICHINI, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 07-1-00825-1, Thomas P. Larkin, J., entered August 31, 2007. *Affirmed* by unpublished opinion per Armstrong, J., concurred in by Houghton and Hunt, JJ.

[No. 36829-3-II. Division Two. January 13, 2009.]

CONTINUANT, INC., *Appellant*, v. BUCK INSTITUTE FOR AGE RESEARCH, *Respondent*.

Appeal from a judgment of the Superior Court for Pierce County, No. 07-2-06691-3, Rosanne Buckner, J., entered September 14, 2007. *Reversed* by unpublished opinion per Armstrong, J., concurred in by Houghton and Bridgewater, JJ.